AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Mississippi__

Estate of Doris Burnett, Deceased,
By and Through the Administratrix,
Monique Burnett

V.

Pfizer, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 4:08 cv26

TO: (Name and address of Defendant)

Pfizer, Inc.
Attention: Legal Department
235 East 42nd Street
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Levi Boone, III, Esq.
BOONE LAW FIRM, P.A.
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews

CLERK

[signature]

DEPUTY CLERK

March 5, 2008

DATE