

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

DAVID CREWS
CLERK

March 5, 2008

305 MAIN STREET, SUITE 329
GREENVILLE, MS  38701
TELEPHONE: (662) 234-1351
FACSIMILE: (662) 332-4292
www.msnd.uscourts.gov

911 JACKSON AVENUE, SUITE 369
OXFORD, MS 38655
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 236-5210

301 WEST COMMERCE STREET, SUITE 308
ABERDEEN, MS 39730
TELEPHONE: (662) 369-4952
FACSIMILE: (662) 369-9569

**Estate of Doris Burnett**

v.                                             Case No:  **4:08cv26-P-B**

**Pfizer, Inc.**

    **TAKE NOTICE** that the above styled and captioned cause has been assigned to **Judge W. Allen Pepper, Jr.**, whose address is 305 Main Street, Room 329, Greenville, MS 38701, and **Magistrate Eugene M. Bogen**, whose address is 305 Main Street, Room 329, Greenville, MS 38701, in accordance with Uniform Local Rule 83.2.

    For further information as to filing procedures, please review our Local Rules and Administrative Procedures for Electronic Case Filing at **msnd.uscourts.gov** or call the appropriate division of the Clerk's Office.

    DAVID CREWS, CLERK

    By   *s/Dean Dacus*
        Deputy Clerk, Greenville Division

Pursuant to Uniform Local Rule 73.1, Form AO 85  (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge is available at www.msnd.uscourts.gov.