IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ESTATE OF DORIS BURNETT,
Deceased, By and Through the
Administrator, MONIQUE BURNETT,

                                                                         **PLAINTIFF**

vs.                                        **CIVIL ACTION NO. 4:08-CV-00026-WAP-EMB**

                                                                  **Pending Transfer to MDL-1699**
                                                                   **(In re Bextra and Celebrex Marketing,**
                                                                   **Sales Practices and Products**
                                                                        **Liability Litigation)**

PFIZER, INC.,

                                                                        **DEFENDANT**

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys for Defendant Pfizer Inc. ("Pfizer") submits this its Corporate Disclosure Statement and states:

1. Pfizer is a publicly traded company which does not have any parent corporations or any publicly traded shareholders with ten percent (10%) or more of its shares.

Dated this 20th day of June, 2008.

-2-

Respectfully submitted,

By: /s/ Walter T. Johnson
    Walter T. Johnson (MBN 8712)
    Leigh D. Vernon (MBN 99696)
    WATKINS & EAGER, P.L.L.C.
    400 East Capitol Street, Suite 300
    Jackson, Mississippi 39205-0650
    Telephone: (601) 948-6470
    Facsimile (601) 354-3623

OF COUNSEL:
SOCHA, PERCZAK, SETTER & ANDERSON, P.C.
Charles Q. Socha (MBN 101382)
K. Michelle Anderson (MBN 101421)
Denver Financial Center Tower 1
1775 Sherman Street, Suite 1925
Denver, Colorado 80203
Telephone: (303) 832-7265
Facsimile: (303) 832-7438
ATTORNEYS FOR PFIZER INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following:

Levi Boone, III, Esq.              lboone@boonelawfirm.com
BOONE LAW FIRM, P.A.
401 West Sunflower Road
Cleveland, Mississippi 38732

ATTORNEYS FOR PLAINTIFF

                                      /s/ Walter T. Johnson
                                      Walter T. Johnson