IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ESTATE OF DORIS BURNETT,**
**DECEASED, By and Through the**
**Administratrix MONIQUE BURNETT**                                              **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 4:08-cv-00026-WAP-DAS**

**PFIZER, INC.**
                                                                                                        **DEFENDANT**

## ORDER

THIS MATTER is before the court on the joint request of the parties for a stay of all proceedings pending transfer to multidistrict litigation proceedings. The court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all proceedings in this case are hereby STAYED pending transfer of this case to the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699.

This, the 14th day of July, 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

AGREED:

/s/ Levi Boone
Levi Boone, III (MSB #3686)
BOONE LAW FIRM, P.A.
401 West Sunflower Road
Cleveland, Mississippi 38732
Telephone: (662) 843-7946

**Attorney for Plaintiff**

/s/ Walter T. Johnson
Walter T. Johnson (MSB #8712)
Leigh D. Vernon (MSB #99696)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300
Jackson, Mississippi 39205-0650
Telephone: (601) 948-6470

**Attorneys for Defendant**