# U.S. District Court
## Northern District of Mississippi (Greenville Division)
## CIVIL DOCKET FOR CASE #: 4:08–cv–00026–WAP–DAS

| | |
|---|---|
| Estate of Doris Burnett, Deceased v. Pfizer, Inc. | Date Filed: 03/05/2008 |
| Assigned to: W. Allen Pepper | Date Terminated: 07/29/2008 |
| Referred to: David A. Sanders | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Personal Injury | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Estate of Doris Burnett, Deceased**  
*By and Through the Administratrix, Monique Burnett*

represented by **Levi Boone, III**  
BOONE LAW FIRM  
P. O. Box 1772  
Cleveland, MS 38732–1772  
(662) 843–7946  
Email: lboone@boonelawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Walter T. Johnson**  
WATKINS &EAGER  
P. O. Box 650  
Jackson, MS 39205–0650  
(601) 948–6470  
Email: wjohnson@watkinseager.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | Ï 1 | COMPLAINT against Pfizer, Inc., Filing fee received $ 350, filed by Estate of Doris Burnett, Deceased. (Attachments: # 1 Civil Cover Sheet) (dmd, USDC) |
| 03/05/2008 | Ï 2 | Summons Issued as to Pfizer, Inc. (dmd, USDC) |
| 03/05/2008 | Ï 3 | NOTICE OF ASSIGNMENT. Case assigned to Judge W. Allen Pepper, Jr. and Magistrate Judge Eugene M. Bogen. (dmd, USDC) |
| 03/11/2008 | Ï | Filing fee: $ 350.00, receipt number 88289 (kmt, USDC) |
| 06/20/2008 | Ï 4 | ANSWER to 1 Complaint by Pfizer, Inc.. (Johnson, Walter) |
| 06/20/2008 | Ï 5 | CORPORATE STATEMENT *of Pfizer Inc.*. (Johnson, Walter) |
| 07/02/2008 | Ï | Case Reassigned to David A. Sanders. Eugene M. Bogen no longer assigned to the case. (dmd, USDC) |

| | | |
|---|---|---|
| 07/11/2008 | Ï 6 | Copy of Conditional Transfer Order to ND/CA for MDL Litigation # 1699. Order does not become effective until filed in ND/CA. (dmd, USDC) |
| 07/14/2008 | Ï 7 | ORDER STAYING CASE pending MDL transfer. Signed by David A. Sanders on 7/14/2008. (maw, USDC) |