1  Levi Boone, III
   **Boone Law Firm, P.A.**
2  P.O. Box 1772
   Cleveland, Mississippi 38732
3  Telephone: 662.843.7946
   Fax: 662.843.7950
4  Email: lboone@boonelawfirm.com

5  Attorneys for Plaintiffs

**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:08-cv-03638-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Estate of Doris Burnett, Deceased, By and Through the Administratrix, Monique Burnett,<br><br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendant in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own attorneys'

//
//
//
//
//
//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  fees and costs.

3  DATED: 7/28, 2010   By: _____
   Boone Law Firm, P.A.
   P.O. Box 1772
   Cleveland, Mississippi 38732
   Telephone: 662.843.7946
   Fax: 662.843.7950
   Email: lboone@boonelawfirm.com

*Attorneys for Plaintiffs*

DATED: Sept. 9, 2010   By: _____
   DLA Piper US LLP
   1251 Avenue of the Americas
   New York, NY 10020
   Telephone: 212.335.4625
   Facsimile: 212.884.8675

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**